# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELVAN MOORE,**

      **Plaintiff,**

**v.**                                                                  Case No:   6:13-cv-224-Orl-31GJK

**SEMINOLE COUNTY, FLORIDA,**
**DONALD F. ESLINGER and KEVIN**
**PEDERSON,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion to Strike (Doc. No. 55), filed May 30, 2014.

On August 5, 2014, the United States Magistrate Judge issued a report (Doc. No. 61) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Strike is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 22, 2014.

                                                                GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party